*Nov. Term, 1861.*

SMITH
v.
ELSAS.

---

## SMITH and Another *v.* ELSAS and Another.

APPEAL from the *Marion* Common Pleas.

*Per Curiam.*—It is claimed in this case that the damages were excessive; that the judgment is for too much. Excessive damages is a ground for a new trial in the Court below; but it must be moved for in that Court. Such motion was not made in this case. No exceptions were taken below.

The judgment is affirmed, with 1 per cent. damages, and costs.

*R. L. Walpole*, for the appellants.

*W. Henderson*, for the appellee.